IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KAK INDUSTRY, LLC, A MISSOURI LIMITED LIABILITY COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:23-cv-00875-BP |
| RADICAL FIREARMS, LLC, A TEXAS LIMITED LIABILITY COMPANY, | § § § § | |
| Defendant. | § § | |

## FIRST SUPPLEMENTAL AFFIDAVIT OF DAVID SPECTOR

STATE OF TEXAS §
§
COUNTY OF FORT BEND §

Before me, the undersigned notary public, did appear David Spector, who, after being duly sworn, did upon his oath testify as follows:

1. My name is David Spector. I am over the age of eighteen (18), of sound mind, and I am fully capable of making this affidavit. I have personal knowledge of all the facts and information contained in this affidavit and these facts are true and correct.

2. I am the CEO of Radical Firearms, LLC ("Radical"). I have held this position since May 5, 2014. Based on my position and my job duties with Radical, I am familiar with and have personal knowledge of the facts of this case. I am also familiar with Radical's business, corporate structure, and Radical's operations in the State of Texas.

3. All of Radical's LLC members reside in the State of Texas. None of Radical's LLC members reside in Missouri, or in any other state.

**EXHIBIT 2**

Signed on this the 8th day of April, 2024.

_____
David Spector

Sworn and subscribed to before me, the undersigned notary public, on this the 8th day of April, 2024.

SEAL 

Ashlyn Wilcox /Ashlyn Wilcox
Notary Public in and for
The State of Texas

2