IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KAK INDUSTRY, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-00875-CV-W-BP |
| RADICAL FIREARMS, LLC, | ) |
| Defendant. | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 27th day of August 2024, a Joint Stipulation of Dismissal with Prejudice was filed herein,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** with prejudice Against Radical Firearms, LLC. Each party to bear their own costs and fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: August 28, 2024